# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

<u>Unclaimed Dividends/Distribution Less Than $5.00 For Deposit To Registry Fund</u>

Debtor: __Charlotte H. Killian__

Chapter 7 Case No. ___09-60881___

Please Check One:

   1  Unclaimed Dividends

x  2  Distribution Less Than $5.00

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Lake Region Bone & Joint<br>3807 Greenleaf Avenue NW<br>Bemidji, MN 56601 | 5 | $187.27 | $3.60 |

Date: February 16, 2011

/e/ Gene W. Doeling
Trustee Gene W. Doeling
P.O. Box 423
Fargo, ND 58107
701.232.8757

*RECEIVED 11 FEB 18 AM 9:30 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN*